# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 204.45.198.10 | FDCservers.net | 2011-04-11 11:54:09 PM |
| 207.229.129.204 | RCN Corporation | 2011-03-27 07:40:08 PM |
| 216.80.16.169 | RCN Corporation | 2011-04-11 11:54:09 PM |
| 24.12.217.246 | Comcast Cable Communications | 2011-03-09 06:26:49 PM |
| 24.14.30.174 | Comcast Cable Communications | 2011-03-09 05:41:01 PM |
| 67.173.52.72 | Comcast Cable Communications | 2011-04-12 06:51:06 AM |
| 76.216.122.15 | AT&T Internet Services | 2011-03-09 09:43:57 PM |
| 76.216.126.182 | AT&T Internet Services | 2011-03-11 09:14:57 AM |
| 76.235.101.193 | AT&T Internet Services | 2011-03-15 06:23:49 PM |
| 98.212.137.167 | Comcast Cable Communications | 2011-03-10 12:18:55 PM |