IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | |
| ) | CASE NO.: 1:11-CV-02980 |
| Plaintiff, ) | |
| ) | Judge: Hon. Matthew F. Kennelly |
| v. ) | |
| ) | Magistrate: Hon. Jeffrey Cole |
| DOES 1 – 10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS
WITHOUT PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the remaining Doe Defendants in this action The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                                  Respectfully submitted,

**DATED:** November 11, 2011

                                      By:    /s/ John Steele
                                                 John Steele (Bar No. 6292158)
                                                 Steele Hansmeier PLLC
                                                 161 N. Clark St., Suite 3200,
                                                 Chicago, IL 60601
                                                 312-880-9160; Fax 312-893-5677
                                                 jlsteele@wefightpiracy.com
                                                 *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 11, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                s/ John Steele
                                                JOHN STEELE